UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER SARTORIUS, on behalf of Himself and all others similarly situated | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| vs. | ) ) | Case No. 4:22 CV 632 CDP |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC. and HART CONSUMER PRODUCTS, INC. | ) ) ) ) ) | |
| *Defendant*. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, pursuant to the parties' Joint Stipulation of Dismissal With Prejudice.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2024